**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com

*Attorneys for Movant Robert E. Mohr III*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN VREELAND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>METAGENOMI INC., BRIAN C. THOMAS, PAMELA WAPNICK, JUERGEN ECKHARDT, SEBASTIAN BERNALES, RISA STACK, and WILLARD DERE,<br><br>Defendants. | Case No.: 5:24-cv-06765-EKL<br><br>**SUPPLEMENTAL DECLARATION OF ADAM M. APTON IN SUPPORT OF ROBERT E. MOHR III'S MOTION FOR: (1) APPOINTMENT AS LEAD PLAINTIFF; AND (2) APPROVAL OF SELECTION OF COUNSEL**<br><br>Date:        March 5, 2025<br>Time:        10:00 a.m.<br>Courtroom:  7-4th Floor<br>Judge:       Hon. Eumi K. Lee |

SUPPLEMENTAL DECLARATION OF ADAM M. APTON IN SUPPORT OF ROBERT E. MOHR III'S MOTION FOR: (1) APPOINTMENT AS LEAD PLAINTIFF; AND (2) APPROVAL OF SELECTION OF COUNSEL

I, Adam M. Apton, hereby declare as follows:

1.      I am a partner with the law firm of Levi & Korsinsky, LLP, counsel for Robert E. Mohr III, and a member in good standing for the bar of the State of California. I respectfully submit this supplemental declaration in further support of Robert E. Mohr III's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel in the above-captioned action (the "Action"). This supplemental declaration is based on my own personal knowledge and/or the firm's records of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as **Exhibit F** is the updated loss chart of movant Mingxi Bi, excluding losses that occurred after the May 1, 2024 corrective disclosure.

I declare under penalty of perjury that the foregoing facts are true and correct. Executed this 9th day of December, 2024.

*/s/ Adam M. Apton*
Adam M. Apton

SUPPLEMENTAL DECLARATION OF ADAM M. APTON IN SUPPORT OF ROBERT E. MOHR III'S MOTION FOR: (1) APPOINTMENT AS LEAD PLAINTIFF; AND (2) APPROVAL OF SELECTION OF COUNSEL