UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN VREELAND,

Plaintiff,

v.

METAGENOMI INC., et al.,

Defendants.

Case No. 24-cv-06765-EKL

**ORDER REGARDING SUPPLEMENTAL BRIEFING**

Re: Dkt. Nos. 15, 27

Before the Court are two motions to appoint lead plaintiff in this securities action governed by the Private Securities Litigation Reform Act of 1995 ("PSLRA"). Movant Robert E. Mohr III ("Mohr") argues that movant Mingxi Bi ("Bi") has overstated his financial interest in the litigation by including "losses on the shares [Bi] purchased after the corrective disclosure alleged in the complaint." Mohr Further Mem. at 3, ECF No. 15. Bi responds that losses on shares purchased after the alleged corrective disclosure should be considered because loss causation and reliance are not elements of the claims asserted in this action. Bi Reply Mem. at 2, ECF No. 27. Bi also observes that "Mohr has not cited a single case where, at the lead plaintiff appointment stage of a PSLRA action alleging Securities Act claims, a court considered loss causation and/or reliance in assessing the respective financial interests of competing movants." *Id.*

By January 10, 2025, Mohr shall file a supplemental brief, not to exceed five pages, addressing Bi's arguments summarized above. Mohr may also address the legal authority cited in Bi's reply brief, ECF No. 27. Mohr shall identify one or more cases in which a court excluded losses on shares purchased after a corrective disclosure when determining which movant possessed the largest financial interest in a litigation. If Mohr cannot identify such a case, Mohr shall acknowledge the lack of supporting case law in his supplemental brief. The brief shall not

United States District Court
Northern District of California

address any other issues.

**IT IS SO ORDERED.**

Dated: December 27, 2024

_____
Eumi K. Lee
United States District Judge

United States District Court
Northern District of California