POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Lead Plaintiff Movant*
*Mingxi Bi and Proposed Co-Lead*
*Counsel for the Class*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| KEVIN VREELAND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>METAGENOMI INC., BRIAN C. THOMAS, PAMELA WAPNICK, JUERGEN ECKHARDT, SEBASTIAN BERNALES, RISA STACK, and WILLARD DERE,<br><br>Defendants. | Case No.: 5:24-cv-06765-EKL<br><br>ADMINISTRATIVE MOTION OF LEAD PLAINTIFF MOVANT MINGXI BI FOR LEAVE TO FILE RESPONSE TO SUPPLEMENTAL BRIEF OF ROBERT E. MOHR III<br><br><u>CLASS ACTION</u><br><br>Date:  March 5, 2025<br>Time:  10:00 a.m.<br>Judge:  Hon. Eumi K Lee<br>Courtroom:  7 – 4th Floor |

Pursuant to Civil Local Rule 7-11, Movant Bi[1] respectfully moves this Court for leave to file a response to the supplemental brief filed by movant Mohr on January 10, 2025 (the "Supplemental Brief") (Dkt. No. 29).  A copy of Bi's [Proposed] Response is appended as Exhibit A hereto.

In his Supplemental Brief, Mohr submits previously uncited cases in ostensible support for his position that a court may exclude losses on shares purchased after a corrective disclosure when determining which movant possessed the largest financial interest in a litigation.  *See generally* Dkt. No. 29.  Given that Bi has not previously had an opportunity to respond to various assertions and legal authority raised for the first time in Mohr's Supplemental Brief, Bi respectfully submits that fairness requires he be granted an opportunity to respond.  *See, e.g.*, *Belyea v. Greensky, Inc.*, No. 20-cv-01693-JSC, 2021 WL 3270987, at *1 (N.D. Cal. July 30, 2021) (granting leave to file a response to "address additional authority cited in [party's] reply brief"); *True Health Chiropractic Inc. v. McKesson Corp.*, 2015 WL 5341592, at *1 n.1 (N.D. Cal. Sept. 12, 2015) (granting leave to respond to "argument[s] and evidence [raised] for the first time on reply").

For the foregoing reasons, Bi respectfully requests the Court's leave to file a response to Mohr's Supplemental Brief.

Dated: January 14, 2025

Respectfully submitted,

POMERANTZ LLP

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

---

[1] All capitalized terms herein are defined in Bi's moving, opposition, or reply briefs, unless otherwise indicated. *See* Dkt. Nos. 12, 16, 27.

ADMINISTRATIVE MOTION OF LEAD PLAINTIFF MOVANT MINGXI BI FOR LEAVE TO FILE RESPONSE TO SUPPLEMENTAL BRIEF OF ROBERT E. MOHR III - 5:24-cv-06765-EKL

POMERANTZ LLP
Jeremy A. Lieberman
(*pro hac vice* application forthcoming)
J. Alexander Hood II
(*pro hac vice* application forthcoming)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Lead Plaintiff Movant Mingxi Bi and Proposed Co-Lead Counsel for the Class*

BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
Peretz Bronstein
(*pro hac vice* application forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Counsel for Lead Plaintiff Movant Mingxi Bi and Proposed Co-Lead Counsel for the Class*

2

**<u>PROOF OF SERVICE</u>**

I hereby certify that on January 14, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

ADMINISTRATIVE MOTION OF LEAD PLAINTIFF MOVANT MINGXI BI FOR LEAVE TO FILE RESPONSE TO SUPPLEMENTAL BRIEF OF ROBERT E. MOHR III - 5:24-cv-06765-EKL