POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Lead Plaintiff Movant Mingxi Bi and*
*Proposed Co-Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| KEVIN VREELAND, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> METAGENOMI INC., BRIAN C. THOMAS, PAMELA WAPNICK, JUERGEN ECKHARDT, SEBASTIAN BERNALES, RISA STACK, and WILLARD DERE, <br><br> Defendants. | Case No.: 5:24-cv-06765-EKL <br><br> DECLARATION OF JENNIFER PAFITI, ESQ. IN SUPPORT OF ADMINISTRATIVE MOTION OF LEAD PLAINTIFF MOVANT MINGXI BI FOR LEAVE TO FILE RESPONSE TO SUPPLEMENTAL BRIEF OF ROBERT E. MOHR III <br><br> CLASS ACTION <br><br> Date: March 5, 2025 <br> Time: 10:00 a.m. <br> Judge: Hon. Eumi K Lee <br> Courtroom: 7 – 4th Floor |

DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE - 5:24-cv-06765-EKL

I, Jennifer Pafiti, Esq., hereby declare as follows:

1.     I am a Partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Mingxi Bi ("Bi"), and have personal knowledge of the facts set forth herein. I make this Declaration, in accordance with Local Rule 7-11, in support of Bi's Administrative Motion for Leave to file a Response to the Supplemental Brief of Robert E. Mohr III (the "Administrative Motion").

2.     Before filing the Administrative Motion, my firm contacted counsel for Mr. Mohr telephonically and via email. Counsel for Mr. Mohr advised that they take no position on the instant motion.

3.     Accordingly, the Administrative Motion is not accompanied by a Stipulation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on January 14, 2025.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE - 5:24-cv-06765-EKL

<u>PROOF OF SERVICE</u>

I hereby certify that on January 14, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE - 5:24-cv-06765-EKL