UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| KEVIN VREELAND, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> METAGENOMI INC., BRIAN C. THOMAS, PAMELA WAPNICK, JUERGEN ECKHARDT, SEBASTIAN BERNALES, RISA STACK, and WILLARD DERE, <br><br> Defendants. | Case No.: 5:24-cv-06765-EKL <br><br> [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION OF LEAD PLAINTIFF MOVANT MINGXI BI FOR LEAVE TO FILE RESPONSE TO SUPPLEMENTAL BRIEF OF ROBERT E. MOHR III <br><br> <u>CLASS ACTION</u> |

[PROPOSED] ORDER - 5:24-cv-06765-EKL

**WHEREAS**, the Court has considered the Administrative Motion of Lead Plaintiff Movant Mingxi Bi ("Bi") for Leave to File a Response to the Supplemental Brief of Robert E. Mohr III ("Mohr") (the "Administrative Motion"),

**IT IS HEREBY ORDERED THAT**:

1.  Bi's Administrative Motion is GRANTED.

2.  Bi's Proposed Response to the Supplemental Brief of Mohr submitted concurrently with his Administrative Motion is deemed FILED.

**IT IS SO ORDERED.**

DATED: _____, 2025       _____
                                      THE HONORABLE EUMI K. LEE
                                      UNITED STATES DISTRICT JUDGE