UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN VREELAND, et al.,

Plaintiffs,

v.

METAGENOMI INC., et al.,

Defendants.

Case No. 24-cv-06765-EKL

**ORDER REGARDING SUPPLEMENTAL BRIEFING**

On August 29, 2025, the Ninth Circuit issued an opinion in *Sodha v. Golubowski*, No. 24-1036 (9th Cir. Aug. 29, 2025).  That case also involves claims under Section 11 of the Securities Act and Item 105 of Regulation S-K.  Accordingly, by September 9, 2025, Plaintiffs and Defendants may each file a supplemental brief, not to exceed three pages, regarding the significance of the Ninth Circuit's recent decision in *Sodha* with respect to Defendants' pending motion to dismiss – if any.

The September 10 hearing on Defendants' motion to dismiss is VACATED and may be reset after supplemental briefing concludes.  *See* Civil L.R. 7-1(b).

**IT IS SO ORDERED.**

Dated:  August 29, 2025

Eumi K. Lee
United States District Judge

United States District Court
Northern District of California